UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,

   Plaintiff,

v.

TELEBRANDS CORP. and DAVINCI CSJ, LLC, d/b/a Air Police 4,

   Defendants.

ECF CASE

No.: 1:21-cv-00090

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated: April 7, 2021
   New York, New York

LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772

*Attorneys for Plaintiff*

The application is ✓ granted. ~~denied.~~
SO ORDERED

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: April 7, 2021
Brooklyn, New York